(115 N. W. 839.)

---

State ex rel. McCue, Atty. Gen., v. Minneapolis, St. P. & S. S. M. Ry. Co.

Opinion filed April 22, 1908.

Action by the state, on the relation of T. F. McCue, Attorney General, for writ of mandamus against the Minneapoiis, St. Paul & Sault Ste. Marie Railway Company.

Writ denied.

*T. F. McCue,* Attorney General, in pro per.
*Alfred H. Bright* and *Ball, Watson, Young & Hardy,* for defendant.

Per Curiam. Following the decision in State ex rel. McCue, Attorney General, v. Great Northern Ry. Co. (N. D.) 116 N. W. 89, just announced, the application for a writ of mandamus is denied.